IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL 11-00243-DAE-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ONE (1) MOTHER OF PEARL AND BLACK CORAL (*ANTIPATHARIA*) PENDANT, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

  Findings and Recommendation having been filed and served on all parties on July 6, 2011, and no objections having been filed by any party,

  IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S EX PARTE MOTION

FOR DEFAULT JUDGMENT AND FOR DECREE OF FORFEITURE," docket entry no. 11, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 4, 2011.



/s/ David Alan Ezra
David Alan Ezra
United States District Judge

United States of America vs. One(1) Mother of Pearl and Black Coral (Antipatharia) Pendant, Civil No. 11-00243 DAE-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION